# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2434

_____

Sarah L. Jones,                          *
                                         *
                 Appellant,              *
                                         *   Appeal from the United States
        v.                               *   District court for the District
                                         *   of Southern Iowa.
Kraft Foods, Inc.,                       *
                                         *   [UNPUBLISHED]
                 Appellee                *


_____

Submitted: January 17, 2003

Filed:  April 15, 2003

_____

Before MORRIS SHEPPARD ARNOLD, BRIGHT, and SMITH, Circuit Judges.

_____

PER CURIAM.

Sarah Jones appeals from a final order entered in the District Court[1] for the Southern District of Iowa granting summary judgment in an employment discrimination action in favor of her employer Kraft Foods, Inc. ("Kraft"). Jones claimed that Kraft discriminated against her in violation of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e); that it violated the Americans with Disabilities Act

_____

[1] The Honorable Harold Vietor, United States District Court for the Southern District of Iowa.

("ADA"), 42 U.S.C. § 12101, *et seq.*; and that it violated the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 *et seq.* After conducting a hearing on Kraft's motion for summary judgment, the District Court found that Jones established a prima facie case of racial discrimination. However, the Court also determined that Kraft offered a non-discriminatory explanation for the discrimination, and that Jones did not prove pretext. Thus, Jones's race discrimination claim failed. The court also concluded that Jones failed to carry her burden regarding Kraft's alleged ADA and FMLA violations. Having carefully reviewed the record, we find no error in the trial court's disposition of this matter. Therefore, the judgment is affirmed. *See* 8th Cir. R. 47(B).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.